UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL PAUL HYCZ,<br><br>                               Plaintiff,<br>v.<br>JOHNSON CONTROLS, INC.,<br><br>                               Defendant. | Case No. 2:16-cv-00952-RFB-PAL<br><br>ORDER<br><br>(Amd Mot WD – Dkt. #11) |

Before the court is Samantha A. Martin's Amended Motion to Withdraw as Attorneys of Record for Plaintiff Daniel Paul Hycz (Dkt. #11), and Notice of Corrected Image (Dkr#12) filed June 2, 2016.  Counsel states that Plaintiff and counsel have reached an impasse as to how to proceed with this case to the point that effective representation can no longer be accomplished. Plaintiff has also agreed to terminate the attorney-client relationship.  Discovery has not been initiated and there are currently no pending motions.  Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Samantha A. Martin's Motion to Withdraw as Attorneys of Record for Plaintiff Daniel Paul Hycz (Dkt. #11) is **GRANTED.**
2. Plaintiff Daniel Paul Hycz shall have until **July 7, 2016**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se,* that is, representing himself.
3. Plaintiff Daniel Paul Hycz's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a

1

1 recommendation to the district judge that Plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve Plaintiff Daniel Paul Hycz with a copy of this order at his last known address:

Daniel Paul Hycz
8407 Hollywood Hills
Las Vegas, NV  89178
(775) 727-0160

DATED this 7th day of June, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE