MARC A. SAGGESE, ESQ.
Nevada Bar No. 7166
**JOHNATHAN M. LEAVITT, ESQ.**
Nevada Bar No. 13172
**SAGGESE & ASSOCIATES, LTD.**
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
T: 702.778.8883
F: 702.778.8884
Marc@MaxLawNV.com
Johnathan@MaxLawNV.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL PAUL HYCZ,<br><br>           Plaintiff;<br><br>vs.<br><br>JOHNSON CONTROLS, INC., a Nevada Corporation; JOSE ANDRES MARTINEZ ANTONETTI, an individual; DOE Individuals 1-5, inclusive, and ROE CORPORATIONS 6-10, inclusive;<br><br>           Defendants. | CASE NO: 2:16-cv-00952-RFB-PAL<br><br>**STIPULATION AND ORDER TO REMAND TO STATE DISTRICT COURT PURSUANT TO 28 USC § 1447** |

COMES NOW Plaintiff, DANIEL PAUL HYCZ, through his attorney of record, JOHNATHAN M. LEAVITT, ESQ., of the law firm of SAGGESE & ASSOCIATES, LTD., and Defendant, JOHNSON CONTROLS, INC., by and through its attorney of record, TIMOTHY A. MOTT, ESQ., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, and hereby agree and stipulate to remand the above entitled matter back to the Eighth Judicial District Court in and for Clark County, Nevada, pursuant to 28 USC § 1447(c) & (e), as Defendant JOSE ANDRES MARTINEZ ANTONETTI is a non-diverse party to the action, and thus divests this Honorable Court's subject-matter jurisdiction over the instant action.

///

///

1 **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective counsel, that this court remand the above entitled matter back to the Eighth Judicial District Court in and for Clark County, Nevada, pursuant to 28 USC § 1447(c) & (e).

DATED this 9TH day of September, 2016.

By: _____
JOHNATHAN M. LEAVITT, ESQ.
Nevada Bar No. 13172
SAGGESE & ASSOCIATES, LTD.
732 S. Sixth Street, Suite 201
Las Vegas, Nevada 89101
T: 702.778.8883
F: 702.778.8884
Johnathan@MaxLawNV.com
*Attorney for Plaintiff*
*Daniel Paul Hycz*

DATED this 9th day of September, 2016.

By: _____
TIMOTHY A. MOTT, ESQ.
Nevada Bar No. 12828
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
T: 702.938.3838
F: 702.938.3864
tmott@wwhgd.com
*Attorney for Defendant*
*Johnson Controls, Inc.*

///
///
///
///
///
///
///

## ORDER

Pursuant to the stipulation of the parties, 28 USC § 1447(c) & (e), and for good cause appearing therefore:

**IT IS HEREBY ORDERED** that above entitled matter be **REMANDED** back to the Eighth Judicial District Court in and for Clark County, Nevada. The Clerk of the Court shall remand this case back to state court and thereafter close this Court's case.

IT IS SO ORDERED

DATED: September 25, 2016.

RICHARD F. BOULWARE, II
United States District Judge